IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re:<br><br>Data Security Cases against NELNET SERVICING, LLC,<br><br>                    Defendant. | **ORDER**<br><br>**4:22CV3181**<br>**4:22CV3184**<br>**4:22CV3185**<br>**4:22CV3186**<br>**4:22CV3187**<br>**4:22CV3188**<br>**4:22CV3189**<br>**4:22CV3193**<br>**4:22CV3195**<br>**4:22CV3196**<br>**4:22CV3197**<br>**4:22CV3207**<br>**4:22CV3211**<br>**4:22CV3227**<br>**4:22CV3241** |

The responsive pleading deadline in each of the above-referenced cases is December 15, 2022. Defendant Nelnet Servicing, LLC has filed an unopposed motion to extend the deadline to January 14, 2023[1].

Defendant asserts that good cause exists for the extension because Plaintiffs in the Spearman (4:22-cv-3191-JMG-CRZ) and Bump (4:22-cv-3204-JMG-CRZ) lawsuits filed a Motion of Transfer of Action and Consolidation with the Judicial Panel of Multi-District Litigation (JPML), seeking to coordinate all of the federal actions currently pending against Defendant, under In re Nelnet Servicing, LLC Data Security Litigation, MDL No. 3053. The JPML hearing date on the Bump

---

[1] The requested date is a Saturday, the deadline will be set for the next business day, January 17, 2023.

and Spearman motions was December 1, 2022 and, to date, no decision has been made.

Accordingly,

IT IS ORDERED, for good cause shown, that the answer deadline in each of the above-captioned cases is extended to January 17, 2022.

Dated this 6th day of December, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge