**Plaintiffs' Counsel:**

| | |
|---|---|
| David K. Lietz | dlietz@milberg.com |
| Gary M. Klinger | gklinger@milberg.com |
| Jonathan T. Deters | jdeters@msdlegal.com |
| Terence R. Coates | tcoates@msdlegal.com |
| Angeli Murthy | amurthy@forthepeople.com |
| John A. Yanchunis | jyanchunis@forthepeople.com |
| Ryan D. Maxey | rmaxey@forthepeople.com |
| Bryan L. Bleichner | bbleichner@chestnutcambronne.com |
| Lori G. Feldman | lfeldman@4-justice.com |
| William B. Federman | wbf@federmanlaw.com |
| Joseph M. Lyon | jlyon@thelyonfirm.com |
| Brandon M. Wise | bwise@pwcklegal.com |
| Jacob C. Garbison , I | jcg@mattsonricketts.com |
| John L. Spray | jls@mattsonricketts.com |
| Anthony M. Christina | achristina@lowey.com |
| Christian Levis | clevis@lowey.com |
| Ian W. Sloss | isloss@sgtlaw.com |
| Jeana L. Goosmann | GoosmannJ@goosmannlaw.com |
| Joel M. Carney | carneyj@goosmannlaw.com |
| Johnathan P. Seredynski | jseredynski@lowey.com |

| Joseph V. Messineo | messineoj@goosmannlaw.com |
|---|---|
| Steven L. Bloch | sbloch@sgtlaw.com |
| Zachary A. Rynar | zrynar@sgtlaw.com |
| Raina C. Borrelli | raina@turkestrauss.com |
| Samuel J. Strauss | sam@turkestrauss.com |
| Danielle L. Perry | dperry@masonllp.com |
| Gary E. Mason | gmason@masonllp.com |
| Jason S. Rathod | jrathod@classlawdc.com |
| Lisa A. White | lwhite@masonllp.com |
| Nicholas Migliaccio | nmigliaccio@classlawdc.com |
| Cody A. Bolce | cab@colevannote.com |
| Carl Malmstrom | malmstrom@whafh.com |
| Rachele R. Byrd | byrd@whafh.com |
| Maureen M. Brady | mbrady@mcshanebradylaw.com |
| Blair E. Reed | breed@kaplanfox.com |
| Joel B. Strauss | jstrauss@kaplanfox.com |
| Laurence D. King | lking@kaplanfox.com |
| Matthew B. George | mgeorge@kaplanfox.com |
| Michael Anderson Berry | lori@justice4you.com |
| Barrett J. Vahle | vahle@stuevesiegel.com |
| Benjamin J. Stueve | ben.stueve@stuevesiegel.com |

| Christopher P. Welsh | cwelsh@welsh-law.com |
|---|---|
| Cornelius P. Dukelow | cdukelow@abingtonlaw.com |
| Norman E. Siegel | siegel@stuevesiegel.com |
| Edmund A. Normand | janna.sherwood@normandpllc.com |
| Joshua R. Jacobson | josh.jacobson@normandpllc.com |
| Kiley Lynn Grombacher | kgrombacher@bradleygrombacher.com |
| Lirit Ariella King | lking@bradleygrombacher.com |
| Marcus Bradley | mbradley@bradleygrombacher.com |
| Bryan P. Thompson | bryan.thompson@cclc-law.com |
| Robert W. Harrer | rob.harrer@cclc-law.com |

**Defendants' Counsel**

| Claudia D. McCarron | cmccarron@mullen.law |
|---|---|
| James Monagle | jmonagle@mullen.law |
| Charles F. Kaplan | ckaplan@perrylawfirm.com |
| Daniel F. Kaplan | dkaplan@perrylawfirm.com |

**Counsel for Defendant Edfinancial Services, LLC**: 4:22-CV-413-JMG-CRZ

| Casie D. Collignon | ccollignon@bakerlaw.com |
|---|---|