Instructions for adding additional participants to receive notice:

1) Log into Nebraska CM/ECF site
2) Go to Utilities → Maintain Your Account
3) Click on Email information at the bottom of the page
4) Select the Secondary e-mail address that you want to receive notice.  If a secondary address is not listed, you will need to add one.
5) Under Case-specific options, enter the case number(s) that you want the secondary e-mail address to receive notice in.
6) Once the case number is entered, it will appear under the section, "These cases will send notice per filing."
7) Select Return to Person Information Screen
8) Click Submit
9) The Secondary e-mail address will show and you may view the case list to be certain the case added appears in the list.

